# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                NO. 4:05CR00190-001 SWW

MARIO FUDGE

### ORDER

Pursuant to order filed on January 25, 2006, defendant was directed to undergo mental evaluation and to be transported to the designated facility. The Court has been notified by the U. S. Marshal's Service that defendant is in state custody, and the state would not release him because of scheduled court appearances, the last of which was May 18, 2006, and that now the state will allow defendant to be moved.

IT IS THEREFORE ORDERED that the Clerk issue a writ of habeas corpus ad prosequendum to the United States Marshal for the Eastern District of Arkansas to ensure that Mario Fudge, who is confined in the Pulaski County Jail, appears at Metropolitan Detention Center in Los Angeles, California, to be examined by a qualified psychiatrist or psychologist as directed previously.

After the evaluation has been completed, defendant shall be returned to the custody of the Jailer at the Pulaski County Jail.

IT IS SO ORDERED this 19th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE