IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,    *
                             *
              Plaintiff,     *
                             *
vs.                          *          No. 4:05cr00190 SWW
                             *
                             *
                             *
MARIO FUDGE,                 *
                             *
              Defendant.     *

ORDER

Concerning the competency of defendant Mario Fudge to stand trial, the Court has received two evaluations of Fudge's competency: one from the Federal Bureau of prisons and one from Dr. James Moneypenny.  Although the parties have no objection to this Court deciding competency based on the reports, this Court determines that a hearing would be helpful.[1]  Accordingly, such hearing will be conducted on Wednesday, September 11, 2008, at 10:30 A.M. before Judge Susan Webber Wright, United States District Court, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock.

IT IS SO ORDERED this 25th day of August, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Neither Dr. Moneypenny nor the evaluators from the Bureau of Prisons need be present at the hearing.